UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Serendip LLC,

               Plaintiff,

      vs.

Brémond Fabien,

               Defendant.

------------------------------------------------------- x

17 CV 01197 (LLS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel for Plaintiff Serendip LLC hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Brémond Fabien.

Date:  New York, New York
       May 20, 2017

By: _____s/_____
**Annemarie Franklin** (AF-3933)

Annemarie Franklin, Esq.
PO Box 1024 Cooper Station
New York NY 10276-1024
212-475-1630
sdenim@nyc.rr.com

*Attorney for Plaintiff*